U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| TOWER AUTOMOTIVE, LLC, and TOWER AUTOMOTIVE, INC., Plaintiffs, vs. LUMBERMENS MUTUAL CASUALTY COMPANY, Defendant. | FILED: APRIL 17, 2008<br>08CV 2218    NF<br>JUDGE KENDALL<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TOWER AUTOMOTIVE, LLC, and TOWER AUTOMOTIVE, INC.,  Plaintiffs,

| NAME (Type or print) |
|---|
| Amy C. Haywood |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Amy C. Haywood |

| FIRM |
|---|
| Kirkland and Ellis |

| STREET ADDRESS |
|---|
| 200 East Randolph |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6288230 | 312-861-3103 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐