## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: ___ |
|---|---|
| TOWER AUTOMOTIVE, LLC, and TOWER AUTOMOTIVE, INC.,  Plaintiffs,<br>vs.<br>LUMBERMENS MUTUAL CASUALTY COMPANY, Defendant. | FILED: APRIL 17, 2008<br>08CV 2218    NF<br>JUDGE KENDALL<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TOWER AUTOMOTIVE, LLC, and TOWER AUTOMOTIVE, INC.,  Plaintiffs,

---

NAME (Type or print)
Andrew R. Running

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/ Andrew R. Running

FIRM
Kirkland and Ellis

STREET ADDRESS
200 East Randolph

CITY/STATE/ZIP
Chicago, IL 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6183492 | TELEPHONE NUMBER<br>312-861-2412 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐