IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

TOWER AUTOMOTIVE, LLC, and )
TOWER AUTOMOTIVE, INC., )
      Plaintiffs, )
)
vs. )
)
LUMBERMENS MUTUAL CASUALTY )   Case No.  FILED: APRIL 17, 2008
COMPANY, )                  08CV 2218   NF
      Defendant. )                  JUDGE KENDALL
)                  MAGISTRATE JUDGE KEYS
)
)
)

**FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE OF PLAINTIFFS TOWER AUTOMOTIVE, LLC AND TOWER AUTOMOTIVE, INC.**

There is no publicly held corporation or entity that holds more than 5% of Tower Automotive, LLC or Tower Automotive, Inc..

Dated: April 17, 2008

                                              **KIRKLAND & ELLIS LLP**
                                              /s/ Amy C. Haywood
                                              Andrew R. Running
                                              Ryan Blaine Bennett
                                              Amy C. Haywood
                                              200 East Randolph Drive
                                              Chicago, Illinois 60601
                                              Telephone: (312) 861-2000

                                              Attorneys for Plaintiff
                                              *Tower Automotive, L.L.C.*