IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOWER AUTOMOTIVE, LLC and TOWER AUTOMOTIVE, INC., <br><br>     Plaintiff, <br><br> v. <br><br> LUMBERMENS MUTUAL CASUALTY COMPANY, <br><br>     Defendant. | No. 08 C 2218 <br><br> Judge:  Virginia M. Kendall |

**NOTICE OF MOTION**

To:    Andrew R. Running
       Kirkland & Ellis LLP
       200 East Randolph Drive
       61st Floor
       Chicago, IL  60601

On Wednesday, June 25, 2008, at 9:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2319, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached DEFENDANT'S MOTION TO DISMISS.

                              LUMBERMENS MUTUAL CASUALTY
                              COMPANY


                              By:  s/   Timothy M. Schank
                                   One of Its Attorneys

Randall M. Lending (ARDC No. 06198407)
Timothy M. Schank (ARDC No. 6275851)
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500
Dated:  June 20, 2008

CHICAGO/#1806388.1

## CERTIFICATE OF SERVICE

    The undersigned certifies that true and correct copies of Notice of Motion, Defendant's Motion to Dismiss and Memorandum of Law in Support Thereof were served on

    Andrew R. Running
    Kirkland & Ellis LLP
    200 East Randolph Drive
    61st Floor
    Chicago, IL  60601

by electronic means on June 20, 2008.

                                                  s/   Timothy M. Schank