**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 26th day of June, 2008, I electronically filed the parties' **JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the following counsel of record:

>Randall M. Lending
>Timothy M. Schank
>Vedder Price, P.C.
>222 North LaSalle Street, Suite 2600
>Chicago, Illinois 60601

>/s/ Andrew R. Running
>Andrew R. Running