**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| TOWER AUTOMOTIVE, LLC, and | ) | |
| TOWER AUTOMOTIVE, INC., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 08 CV 2218  NF |
| LUMBERMENS MUTUAL CASUALTY | ) | Judge Kendall |
| COMPANY, | ) | Magistrate Judge Keys |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF FILING

TO:  Randall M. Lending
     Timothy M. Schank
     Vedder Price, P.C.
     222 North LaSalle Street, Suite 2600
     Chicago, Illinois 60601

       PLEASE TAKE NOTICE that today we filed electronically with the Court the

parties' JOINT STATUS REPORT in the above-referenced matter.

                          Respectfully submitted,


                          /s/ Andrew R. Running
                          Andrew R. Running
                          KIRKLAND & ELLIS LLP
                          200 East Randolph Drive
                          Chicago, Illinois  60601
                          (312) 861-2000

                          Attorneys for TOWER AUTOMOTIVE,
                          LLC and TOWER AUTOMOTIVE, INC.


DATED:      June 26, 2008