## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of July, 2008, I electronically filed **PLAINTIFFS TOWER AUTOMOTIVE LLC AND TOWER AUTOMOTIVE, INC.'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the following counsel of record:

>Randall M. Lending
>Timothy M. Schank
>Vedder Price, P.C.
>222 North LaSalle Street, Suite 2600
>Chicago, Illinois 60601

/s/ Andrew R. Running
Andrew R. Running